IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIA BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-446-ECM |
| | ) (WO) |
| CITY OF ANDALUSIA POLICE | ) |
| DEPARTMENT and CHARLIE JOE | ) |
| SCOTT, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On October 19, 2022, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED before service of process due to lack of subject matter jurisdiction.

A separate Final Judgment will be entered.

DONE this 4th day of January, 2023.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE